1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11   BILLIE JEAN GOLDSTEIN, on behalf of      Case No. 06 CV 2707 BTM RBB
     herself and all others similarly situated,
12                                             **ORDER GRANTING JOINT MOTION TO**
                          Plaintiff,           **TRANSFER VENUE TO THE CENTRAL**
13                                             **DISTRICT OF CALIFORNIA**

                    vs.
14                                             Action filed:        December 13, 2006
     BAYER CORPORATION, an Indiana
15   Corporation; BAYER
     PHARMACEUTICALS CORPORATION,
16   a Delaware Corporation; and DOES 1-100,
     inclusive,
17
                          Defendants.
18

19          Presently before the Court is the parties' joint motion to transfer venue pursuant to 28

20   U.S.C. § 1404(a).  Good cause appearing and in the interest of justice, the Court hereby

21   **TRANSFERS** this action to the United States District Court for the Central District of California.

22          **IT IS SO ORDERED.**

23

24

25   Dated: January 16, 2007

26                                             Hon. Barry Ted Moskowitz
                                               Judge of the District Court
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3622097.1

[PROPOSED] ORDER GRANTING JOINT MOTION
TO TRANSFER VENUE TO THE CENTRAL
DISTRICT OF CALIFORNIA--06 CV 2707 BTM RBB